# Attachment C

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Firearms Technology Criminal Branch**
**Report of Technical Examination**

|  |  |
|---|---|
| | **244 Needy Road #1600**<br>**Martinsburg, WV 25405**<br><br>**Phone: 304-616-4300**<br>**Fax: 304-616-4301** |

| To:<br>Special Agent Brandon May<br>Bureau of Alcohol, Tobacco, Firearms and Explosives<br>1301 Clay Street<br>Suite 670S<br>Oakland, CA 94612 | Date:<br><br>UI#: ▉▉▉▉▉▉▉▉▉<br><br>RE: ▉▉▉▉▉▉▉▉▉<br><br>FTCB#:  2019-096-DAS<br>             310015 |
|---|---|

| Date Exhibit Received:   11/7/2018 | Type of Examination Requested: |
|---|---|
| Delivered By:   FedEx 7736 4845 9970 | Examination, Test, Classification |

## Exhibit:

40. Palmetto State Armory model PA-15, serial number LW341836 (suspected short-barreled rifle).

## Pertinent Authority:

Title 28 of the United States Code (U.S.C.) Chapter 40A Section 599a provides the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) the authority to investigate criminal and regulatory violations of Federal firearms law at the direction of the Attorney General.  Under the corresponding Federal regulation at 28 CFR § 0.130  the Attorney General provides ATF with the authority to investigate, administer, and enforce the laws related to firearms, in relevant part, under 18 U.S.C. Chapter 44 (Gun Control Act) and 26 U.S.C. Chapter 53 (National Firearms Act).  Pursuant to the aforementioned statutory and regulatory authority, the ATF Firearms Ammunition and Technology Division (FATD) provides expert technical support on firearms and ammunition to federal, state, and local law enforcement agencies regarding the Gun Control Act and National Firearms Act.

The amended Gun Control Act of 1968 (GCA), 18 U.S.C. § 921(a)(3), defines the term **"firearm"** in part as: *(A) any weapon (including a starter gun) which will or is designed to or may readily be converted to expel a projectile by the action of an explosive; (B) the frame or receiver of any such weapon"*. (See 18 U.S.C. § 921(a)(3).)

The GCA defines **"rifle"** to mean:  *"…a weapon designed or redesigned, made or remade, and intended to be fired from the shoulder and designed or redesigned and made or remade to use the energy of an explosive to fire only a single projectile through a rifled bore, for each single pull of the trigger."* (See 18 U.S.C. § 921(a)(7).)

ATF Form    3311.2
Revised September 2014

MPH-000405

Special Agent Brandon May



2019-096-DAS
Page 2

The GCA defines "**short-barreled rifle**" to mean:  "*...a rifle having one or more barrels less than sixteen inches in length and any weapon made from a rifle (whether by alteration, modification, or otherwise) if such weapon, as modified, has an overall length of less than twenty-six inches.*"  (See 18 U.S.C. § 921(a)(8).)

The GCA defines "**handgun**," to mean, defines "handgun" to mean, in part: "*...a firearm which has a short stock and is designed to be held and fired by the use of a single hand...*" (See 18 U.S.C. § 921(a)(29).)

Additionally, 27 CFR § 478.11, a regulation implementing the GCA, defines "**pistol**" as "*...a weapon originally designed, made, and intended to fire a projectile (bullet) from one or more barrels when held in one hand, and having (a) a chamber(s) as an integral part(s) of, or permanently aligned with, the bore(s); and (b) a short stock designed to be gripped by one hand and at an angle to and extending below the line of the bore(s).*" (See 27 CFR § 478.11.)

Also, the National Firearms Act (NFA), 26 U.S.C. § 5845(a), defines "**firearm**" to mean, in part:  "*(3) a rifle having a barrel or barrels of less than 16 inches in length; (5) any other weapon, as defined in subsection (e)*" (See 26 U.S.C. § 5845(a).)

Further, the NFA, 26 U.S.C. § 5845(e) defines "**any other weapon (AOW)**" as:  "*...any weapon or device capable of being concealed on the person from which a shot can be discharged through the energy of an explosive, a pistol or revolver with a smooth bore designed or redesigned to fire a fixed shotgun shell, weapons with combination shotgun and rifle barrels 12 inches or more, less than 18 inches in length, from which only a single discharge can be made from either barrel without manual reloading, and shall include any such weapon which may be readily restored to fire.  Such term shall not include a pistol or revolver having a rifled bore, or rifled bores, or weapons designed, made, or intended to be fired from the shoulder and not capable of firing fixed ammunition.*" (See 26 U.S.C. § 5845(e).)

The NFA, "**Identification of firearms**," states: "*...(a) Identification of firearms other than destructive devices. - Each manufacturer and importer and anyone making a firearm shall identify each firearm, other than a destructive device, manufactured, imported, or made by a serial number which may not be readily removed, obliterated, or altered, the name of the manufacturer, importer, or maker, and such other identification as the Secretary may by regulations prescribe. (b) Firearms without serial number. - Any person who possesses a firearm, other than a destructive device, which does not bear the serial number and other information required by subsection (a) of this section shall identify the firearm with a serial number assigned by the Secretary and any other information the...[latter]... may by regulations prescribe.*" (See 26 U.S.C. § 5842.)

## Findings:

**Exhibit 40** is an AR-15-type firearm utilizing a receiver manufactured by LW Schneider in Princeton, Illinois, and marketed by Palmetto State Armory in Columbia, South Carolina.  Palmetto State Armory sold Exhibit 40 as a receiver with pistol grip and "SBA3 adjustable pistol brace".  As received, the "SBA3 adjustable pistol brace" has a magazine secured in it.  Further, a complete upper assembly has been installed, and a fore-grip has been attached to the handguard of Exhibit 40.

Special Agent Brandon May

████████████
2019-096-DAS
Page 3

## Findings (Cont.):

ATF has not previously examined or classified the "SBA3 adjustable pistol brace." When configured on a firearm, as with the Exhibit 40 AR-type, the "SBA3 adjustable pistol brace" exhibits the objective design characteristics of a stock/buttstock or shouldering device.

The objective design features to determine if an item is a stabilizing brace include, but are not limited to: the type of firearm on which the stabilizing brace is used; the weight and length of the firearm used with the stabilizing brace; the length of pull to the end of the stabilizing brace when installed on a firearm; the design of the stabilizing brace and how it functions, to include material, surface area available for contact with the shoulder, and shared or interchangeable parts with known buttstocks/stocks.

"Stabilizing braces" are firearm accessories designed to assist with the operation and use of certain pistols or firearms, by aiding the shooter in stabilizing the firearm for shooting with one (1) hand. ATF has determined that such an accessory assists in supporting pistols or firearms which are generally large and heavy for firing with one (1) hand. ATF has found that such a firearm accessory is not necessary for use with standard sized semiautomatic pistols and revolvers as these pistols are generally too small and lightweight to necessitate the use of a "stabilizing brace." The use of an accessory marketed as a "stabilizing brace" in the assembly of a firearm can result in the redesign of a firearm or pistol into a "short-barreled rifle" or "short-barreled shotgun" due to the firearm being redesigned to be fired from the shoulder.

Merriam-Webster and other dictionaries define "**buttstock**" to mean "*the part of the stock located behind the breech mechanism of a firearm.*"

Oxford and other dictionaries define "**stock**" to mean "*the part of a rifle or other firearm to which the barrel and firing mechanism are attached, held against one's shoulder when firing the gun.*"

The National Rifle Association (NRA) and other sources define "**length of pull**" as "*the distance from the center of the trigger to the center of the buttplate or recoil pad.*"

The appearance and adjustable function of the "SBA3 adjustable pistol brace" is very similar to a M4-type buttstock.

I measured the maximum length of pull of Exhibit 40 in the following manner: I placed the Exhibit on a flat surface and measured the distance between the center of the trigger and the center of the fully extended "SBA3 adjustable pistol brace" rear surface. I determined the maximum length of pull on Exhibit 40 is approximately 12-3/8 inches.

The buffer tube on Exhibit 40 has an approximate length of 7-1/4 inches and five (5) recesses designed to adjust the length of pull. A standard M4 buttstock will install and function properly on the Exhibit 40 buffer tube with no modifications.

The M4 rifle has a buffer tube with an approximate length of 7-1/4 inches with four (4) recesses designed to adjust the length of pull of the stock/buttstock. The rear surface of the stock/buttstock acts as the buttplate or recoil pad. The length of pull on a M4 rifle is adjustable from approximately 10 inches to 13-1/8 inches.

ATF Form    3311.2
Revised September 2014

MPH-000407

Special Agent Brandon May

## Findings (Cont.):

The rear surface of the "SBA3 adjustable pistol brace" is made from a combination of plastic and rubber that is wider and longer than a standard M4 buttstock. This creates more surface area for shouldering than a standard M4 buttstock.

The "SBA3 adjustable pistol brace" has small flaps with curved ends that make it difficult to place the flaps around a forearm. The elastic Velcro strap for securing the shooters forearm inside the flaps is very short and difficult to stretch long enough to secure even with the "SBA3 adjustable pistol brace" at its shortest position so that it goes around the smallest part of a forearm possible. The Velcro straps on the "SBA3 adjustable pistol brace" do hold the flaps together with no forearm inserted between them and with the curved flap design provide a conventional buttstock/stock profile.

The "SBA3 adjustable pistol brace" is a stock/buttstock because of its interchangeability of parts, similarity of function, appearance, length of pull, and shouldering surface area compared with known stock/buttstock designs, thus the firearm meets the definition of a "rifle" under the GCA and NFA.

I measured the overall length of Exhibit 40 in the following manner: I placed the Exhibit on a flat surface and measured the distance between the extreme ends of the Exhibit with the "SBA3 adjustable pistol brace" fully extended, and measured along a line parallel to the center line of the bore and noted the measurement. I determined Exhibit 40 has an overall length of approximately 27-3/4 inches.

I measured the barrel of Exhibit 40 in the following manner: I placed the Exhibit on a flat surface and then closed the bolt; inserted a cylindrical scale into the muzzle of the barrel until it touched the bolt face; and noted the measurement. I determined that the length of barrel on Exhibit 40 is approximately 10-3/4 inches. My examination revealed that the bore of the barrel is rifled.

During my examination, I observed the following markings on Exhibit 40:

| | |
|---|---|
| Receiver (left side): | PALMETTO STATE ARMORY<br>PA-15<br>MULTI<br>LW341836<br>PALMETTO STATE ARMORY<br>WEST COLUMBIA, S.C.<br>SAFE<br>FIRE |
| Pistol grip (left side): | MAGPUL |
| SBA3 pistol brace (rear): | PALMETTO STATE ARMORY |
| Pistol grip (right side): | MOE<br>MADE IN USA |

Special Agent Brandon May

2019-096-DAS
Page 5

## Findings (Cont.):

| | |
|---|---|
| Receiver (right side): | FIRE<br>SAFE |
| Fore-end (right side): | MADE IN U.S.A. |
| Angled fore-grip (right side): | DIAMOND BACK |
| Barrel: | 5.56 NATO 1:7 |
| Angled fore-grip (left side): | NIGHTSTRIKE |
| Fore-end (left side): | MADE IN U.S.A. |

I test-fired Exhibit 1 on January 10, 2019, at the ATF test range, Martinsburg, WV, using commercially available, PMC brand, 5.56x45mm caliber ammunition and the supplied magazine.

I placed the safety in the fire position, inserted a one-round ammunition load and pulled the trigger. Exhibit 1 successfully expelled a single projectile by the action of an explosive. I repeated this method of test-fire one additional time obtaining the same result.

After I inserted a two-round ammunition load, with the safety in the fire position, I pulled the trigger. Exhibit 1 fired one round with a single function of the trigger. I repeated this method of test-fire once more obtaining the same result.

Exhibit 40 is a weapon which will expel a projectile by the action of an explosive one time for each single pull of the trigger, and is designed and intended to be fired from the shoulder with a barrel of less than sixteen (16) inches in length. Therefore, Exhibit 40 is a "**firearm**," a "**rifle**,"and "**short-barreled rifle**" as defined in the GCA and "**firearm**" as defined in the NFA.

## Conclusions:

Exhibit 40, being a weapon which will expel a projectile by the action of an explosive and incorporating the receiver of a firearm, is a "**firearm**" as defined in 18 U.S.C. § 921(a)(3)(A)&(B).

Exhibit 40, being a rifle having a barrel of less than 16 inches in length, is a "**short-barreled rifle**" as defined in 18 U.S.C. § 921(a)(8).

Exhibit 40, being a short-barreled rifle, is also a "**firearm**" as defined in 26 U.S.C. § 5845(a)(3).

ATF Form   3311.2
Revised September 2014

MPH-000409

Special Agent Brandon May

2019-096-DAS
Page 6

Examined By:

David A. Smith
Firearms Enforcement Officer

Approved By:

Max M. Kingery, Chief
Firearms Technology Criminal Branch

Attachment: 5 pages bearing a total of 11 photographs.

**Enclosed is a Firearms Technology Criminal Branch report provided in response to your request for assistance. Please be aware that these documents constitute "taxpayer return information" that is subject to the strict disclosure limitations provided in 26 U.S.C. § 6103. Exceptions to the non-disclosure provisions that permit the disclosure internally within ATF are set forth in 26 U.S.C. §§ 6103(h)(2)(C) and (o)(1). Any further disclosure of these reports is strictly limited and must be reviewed and approved by the Office of Chief Counsel prior to any information dissemination. Failure to adhere to the disclosure limitations provided in 26 U.S.C. § 6103 could result in civil and/or criminal liability.**

ATF Form    3311.2
Revised September 2014

MPH-000410

# 3010015 - Exhibit 40 - Picture 1, 2:  Exhibit 40





3010015 - Exhibit 40 - Picture 3, 4:  Exhibit 40

Exhibit 40 Maximum Length of Pull Approximately 12-3/8 inches

NFC M4 Maximum Length of Pull Approximately 13-1/8

MPH-000412

3010015 - Exhibit 40 - Picture 5, 6, 7:  Exhibit 40 to M4 Comparison







MPH-000413

# 3010015 - Exhibit 40 - Picture 8, 9:  Exhibit 40 to M4 Comparison



Exhibit 40
Buffer Tube

NFC M4
Buffer Tube

MPH-000414

# 3010015 - Exhibit 40 - Picture 10, 11:  Exhibit 40 to M4 Comparison



NFC M4
Buttstock

Exhibit 40



NFC M4
Buttstock

Exhibit 40

MPH-000415